RUBIN GREENBERG, PLAINTIFF-RESPONDENT, v. GREAT AMERICAN INSURANCE COMPANY, DEFENDANT-APPELLANT.

Argued March 20, 1979—Decided April 10, 1979.

*Mr. John G. Simmonds* argued the cause for appellant (*Messrs. O'Donnell* and *McCord,* attorneys; *Mr. John J. O'Donnell,* on the brief).

*Mr. Leonard H. Marks* argued the cause for respondent (*Messrs. Checki, Politan* and *Bergman,* attorneys; *Mr. Marks* and *Mr. Joel I. Bergman,* on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, JACOBS, PASHMAN, SCHREIBER and HANDLER—6.

*For reversal*—None.